**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-31-01T **DATE**: July 13, 2005
**TITLE OF CASE:** USA v. Mark Ives

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Stephen Dambruch, AUSA

Defendant: Edward J. McEnaney, III, Esquire

Probation: Kurt O'Sullivan

---

**PROCEEDINGS:** **Change of Plea Hearing**

July 13, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. Government summarizes charges, potential penalties, terms of plea agreement and elements of proof. Defendant sworn. Court questions defendant. Government summarizes facts of the charge. Court finds Defendant competent and able to enter an informed plea. Court finds plea voluntary and made of Defendant's own free will. Court accepts Defendant's plea of guilty. Sentencing scheduled for Friday, October 19, 2005 at 10:15 a.m. Defendant allowed to continue on same bail.

Adjourned