UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Edward J. McEnaney, III, Esq.

RE: CA CR05-031T

United States of America v. Mark Ives

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 1 / 11 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

XX 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

✓ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12) — CERTIFICATION NOT SIGNED.

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:_____

ENTER: [signature]
United States Magistrate Judge

Date: 1/11/06

cc: Counsel of Record

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. NO.: 05-031T |
| | : | |
| MARK IVES | : | |

MOTION TO RETURN BAIL MONEY

Now comes the Defendant, Mark Ives as well as the surety for the Defendant, Everett Robinson, of 41 Ruanoke Street Providence, RI 02909 and respectfully requests that His Honor, Magistrate Judge Martin, return $1,000 cash bail that was posted with respect to the above-captioned matter on April 1, 2005. The Defendant avers that he disposed of the within matter and is currently serving a sentence of 10 years and 1 day.

WHEREFORE, the Defendant prays that his Motion to Return Bail Money be granted.

Respectfully Submitted,
By His Attorney,

Edward J. McE III

Edward J. McEnaney III, Esq., #3275
454 Broadway
Providence, RI 02909
Phone (401) 751-3900
Fax (401) 751-8983