IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. NO.: 05-031T |
| | : | |
| MARK IVES | : | |

MOTION TO RETURN BAIL MONEY

Now comes the Defendant, Mark Ives as well as the surety for the Defendant, Everett Robinson, of 41 Ruanoke Street Providence, RI 02909 and respectfully requests that His Honor, Magistrate Judge Martin, return $1,000 cash bail that was posted with respect to the above-captioned matter on April 1, 2005. The Defendant avers that he disposed of the within matter and is currently serving a sentence of 10 years and 1 day.

WHEREFORE, the Defendant prays that his Motion to Return Bail Money be granted.

Respectfully Submitted,
By His Attorney,

Edward J. McE III

Edward J. McEnaney III, Esq., #3275
454 Broadway
Providence, RI 02909
Phone (401) 751-3900
Fax (401) 751-8983

CERTIFICATION

I hereby certify that a true copy of the within Motion was mailed to U.S. District Court, District of Rhode Island, One Exchange Terrace, Providence, RI 02903 and to Stephen G. Dambruch, Assistant U.S. Attorney, 50 Fleet Center 8th Floor Providence, RI 02903 on this 16th day of January, 2006.

Haddasha Maya