**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 05-031T** |
| | ) | |
| **MARK IVES** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO RETURN BAIL MONEY**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby states that there are no objections to defendant's Motion to Return Bail Money.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Stephanie S Browne
STEPHANIE S. BROWNE
Assistant U. S. Attorney 635

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2006, I mailed a copy of the within Government's Response to defendant's Motion to Return Bail Money to Edward J. McEnaney III, Esq., 454 Broadway, Providence, RI 02909

Paula Harvey