AO 435 (Rev. 12/03)

*Please Read Instructions above*

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME STEVEN G. DAMBRUCH, AUSA | 2. PHONE NUMBER (401) 709-5049 | 3. DATE 12/19/2006 | |
| 4. MAILING ADDRESS U.S. ATTORNEY'S OFFICE, 50 KENNEDY PLAZA | 5. CITY PROVIDENCE | 6. STATE RI | 7. ZIP CODE 02903 |
| 8. CASE NUMBER CR. NO: 05-31T / 9. JUDGE JUDGE TORRES | DATES OF PROCEEDINGS: 10. FROM 7/13/2005 | 11. 7/13/2005 | |
| 12. CASE NAME U.S. V. MARK IVES | LOCATION OF PROCEEDINGS: 13. USDC-PROVIDENCE | 14. | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT | | | |
| CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| SENTENCING | | CHANGE OF PLEA | 7/13/2005 |
| BAIL HEARING | * | DCN# G70728069 * | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | 58.00 |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

| | | |
|---|---|---|
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 58.00 |
| 18. SIGNATURE UNITED STATES ATTORNEY'S OFFICE | PROCESSED BY | |
| 19. DATE 12/19/2006 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY